IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO OROPEZA, | No. C 07-0850 MEJ |
| Plaintiff(s), | **ORDER VACATING JUNE 28, 2007 CASE MANAGEMENT CONFERENCE** |
| vs. | **ORDER TO SHOW CAUSE** |
| HECTOR'S CONSTRUCTION CO., et al., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on June 28, 2007. Defendant filed a Case Management Conference Statement on June 21, 2007; however, Plaintiff did not sign the statement and has not requested an extension to file a separate statement. Accordingly, the Court VACATES the June 28, 2007 conference and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by June 28, 2007, and the Court shall conduct a hearing on July 5, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 22, 2007

MARIA-ELENA JAMES
United States Magistrate Judge