1  JAMES DAL BON
   CA 157942
2  DAL BON AND WANG
   12 South First Street #613
3  San Jose, CA 95113
   (408)292-1040
4  (408)292-1045

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO OROPEZA, | Case No.: C07-00850 MEJ |
| Plaintiff, | |
| vs. | DISMISSAL |
| HECTOR'S CONSTRUCTION COMPANY, INC., and DOES 1-10 | |
| Defendant | |

Pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff respectfully requests:

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release in August of 2007.

2. Each party is to bear its own costs and fees.

3. Parties hereby stipulate to dismiss entire action with prejudice.

1

Case No.: C07-00850 MEJ
Stipulated Dismissal

November 30, 2007

_____s/jdb_____
James Dal Bon for the Plaintiffs

*/s/ Denise S. Chambliss*
Denise Chambliss for Defendants

2

Case No.: C07-00850 MEJ
Stipulated Dismissal

1
2
3   IT IS SO ORDERED;
4
5
6   Dated: December 5, 2007          By: _____
7                                        United States District
                                         Magistrate Judge
8                                        Maria-Elena james
9
10
11
...
25

Case No.: C07-00850 MEJ
Stipulated Dismissal